# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>   Plaintiff<br><br>v.<br><br>ASHLEY GENESS,<br><br>   Defendant | Case No.: 2:24-cv-00542-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff United National Insurance Company's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of United National as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by April 12, 2024.

DATED this 29th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE