**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | Case No.: 2:24-cv-0542-APG-NJK |
| Plaintiff/Counterdefendant | **Order Striking Certificate of Interested Parties** |
| v. | |
| ASHLEY GENESS, | |
| Defendant/Counterclaimant | |

I ORDER that defendant/counterclaimant Ashley Geness's certificate of interested parties (ECF No. 10) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by May 9, 2024.

DATED this 26th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE