# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ASHLEY GENESS,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00542-APG-NJK<br><br>**Order** |

　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties must file a joint discovery plan by June 21, 2024.

　　　IT IS SO ORDERED.

　　　Dated: June 14, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1